AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

RECEIVED AND FILED
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2009 FEB 23 AM 11:51

FOR THE **DISTRICT OF** PUERTO RICO

UNITED STATES OF AMERICA

v.

ALEXANDRA MEDERO GONZALEZ, and
MIGUEL A. QUINONES LOPEZ.

## CRIMINAL COMPLAINT

CASE NUMBER: 09- 156 (M)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief, that on or about February 21, 2009, in the District of Puerto Rico, defendants, ALEXANDRA MEDERO GONZALEZ and MIGUEL A. QUINONES LOPEZ, aided and abetted by each other, did knowingly and intentionally cause to be delivered by mail according to the directions thereon, a parcel containing firearms capable of being concealed on the person and declared nonmailable, to wit, a Glock Model 23 pistol and a Colt AR-15 assault rifle, in violation of Title 18, United States Code, Sections 2 and 1715.

(Track Statutory Language of Offense)

I further state that I am Juan R. Hernandez, a Postal Inspector with the U. S. Postal Inspection Service, San Juan, Puerto Rico and that this complaint is based on the following facts:

(SEE ATTACHED AFFIDAVIT)

Continued on the attached sheet and made a part hereof:  X  Yes  _ No

Approved by ~~[signature]~~
AUSA Vernon Benét Miles
Date: February 23, 2009

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

2/23/09
Date

San Juan, Puerto Rico
City and State

Marcos E. Lopez, U. S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer